JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| AUSTIN/JONES CORP., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MT. HAWLEY INSURANCE, a Delaware corporation; RLI CORP., an Illinois corporation; TRAVELERS, INC., a Connecticut corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO: CV12-9372 CAS (SSx)<br><br>Assigned to the Hon. Christina A. Snyder<br>Court Room 5<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE [FED. R. CIV.P. 41(a)]**<br><br>Trial Date:  June 10, 2014 |

Pursuant to the Stipulation of the Parties and good cause being shown, IT IS HEREBY ORDERED that:

1. The entire action be dismissed with prejudice; and
2. Each party to bear their own fees and costs.

Dated: February 19, 2014

*Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Judge

1